IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TODD BROWN, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 3:07-CV-48 (CDL) |
| BILLY BROWN, | * |
| Respondent. | * |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 23, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 20th day of February, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE